**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| TAYLOR ZIEGLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:22-CV-1115 RLW |
| | ) | |
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court on review of the file. On February 1, 2023, the Court issued an order that, among other things, directed Plaintiff to submit a proposed order of default judgment, complete with findings of fact and conclusions of law, no later than March 1, 2023. (ECF No. 12). The Order stated: "Plaintiff's failure to timely and fully comply with all aspects of this order may result in the denial of the motion for default judgment." Plaintiff filed her Proposed Order of Default Judgment on March 2, 2023, without first seeking leave of this Court to do so. (ECF No. 13). Thus, Plaintiff has not complied with the Court's Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Taylor Ziegler's Motion for Default Judgment is **DENIED** without prejudice. (ECF No. 8).

**IT IS FURTHER ORDERED** that the hearing on Plaintiff's Motion for Default Judgment currently set for Wednesday, March 8, 2023, at 1:00 p.m. is **VACATED**.

**IT IS FURTHER ORDERED** that Plaintiff may file a renewed motion for default judgment no later than **April 3, 2023**. Failure to do so may result in the dismissal of this case without prejudice.

*Ronnie L. White*
_____
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**

Dated this 3rd day of March, 2023.